Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for defendant,
JAIME RIOS VIZCARRA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                        )<br>            Plaintiff,                          )<br>                                                        )<br>                                                        )<br>       v.                                           )<br>                                                        )<br>                                                        )<br>ROBERTO RIOS VIZCARRA and  )<br>JAIME RIOS VIZCARRA,            )<br>                                                        )<br>            Defendant.                      )<br>_____) | No. 2:02-cr-0048 MCE<br><br>STIPULATION AND ORDER CONTINUING HEARING CONCERNING BOOKER[1] REMAND<br><br>Date:   December 13, 2005<br>Time:   8:30 a.m. |

The parties hereby stipulate to the following:

1. This matter is presently set for the court to consider its sentence in light of Booker after remand by the Ninth Circuit on December 13, 2005 at 8:30 a.m.

2. In order to afford defense counsel additional time to prepare for the hearing, and to afford the court and the government time to review the memorandum filed on behalf of Mr. Jaime Vizcarra, the parties hereby stipulate that the hearing on December 13 be vacated, and that this matter be set for hearing on **January 10, 2006 at 8:30 a.m.**

DATED: December 12, 2005        /s/ Tim Warriner
                                                    Attorney for defendant,
                                                    JAIME RIOS VIZCARRA

---

[1] United States v. Booker, __ U.S. __, 125 S.Ct. 738 (2005)

1

DATED: December 12, 2005   /s/ Victor Haltom,
Attorney for defendant
ROBERTO RIOS VIZCARRA

DATED: December 12, 2005   /s/ Mary Grad
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the hearing now scheduled for December 13, 2005 be vacated, and that this matter be set for hearing on January 10, 2006 at 8:30 a.m.

DATED: December 29, 2005

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2