IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,               No. CR S-02-0048 MCE DAD P

  vs.

JAIME RIOS VIZCARRA,

      Movant.                 ORDER

_____/

      Movant is a federal prisoner proceeding pro se with this motion to vacate, set aside, or correct his federal sentence pursuant to 28 U.S.C. § 2255. Judgment was entered on September 8, 2010, and this matter is currently on appeal to the United States Court of Appeals for the Ninth Circuit. On November 1, 2010, movant filed a request to proceed in forma pauperis on appeal.

      Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to appeal in forma pauperis on appeal must file a motion in the district court which:

      (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

      (B) claims an entitlement to redress; and

1

1     (C) states the issues that the party intends to present on appeal.
Fed. R. App. P. 24(a)(2).  Movant has attached the appropriate affidavit which demonstrates his inability to pay or to give security for fees and costs.  In his October 20, 2010 notice of appeal, movant claimed entitlement to redress and described the issues he intended to present on appeal.  Movant has complied with the requirements of Fed. R. App. P. 24(a).  Accordingly, his request to proceed in forma pauperis on appeal will be granted.

    Good cause appearing, IT IS HEREBY ORDERED that movant's November 1, 2010, request to proceed in forma pauperis on appeal is granted.

Dated:  November 5, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE