HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAIME RIOS VIZCARRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JAIME RIOS VIZCARRA,<br><br>             Defendant. | No. Cr. S 02-48 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable MORRISON C. ENGLAND, Jr. |

Defendant, JAIME RIOS VIZCARRA by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

    1.    Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.    On February 24, 2004, this Court sentenced Mr. Vizcarra to a term of 188 months imprisonment on each of Counts 1, 2, 3 and 4, to be served concurrently for a total term of 188 months;

    3.    His total offense level was 36, his criminal history category was I, and the resulting guideline range was 188 to 235 months;

4. The sentencing range applicable to Mr. Vizcarra was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Vizcarra's total offense level has been reduced from 36 to 34, and his amended guideline range is 151 to 188 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Vizcarra's term of imprisonment to a term of 151 months.

Respectfully submitted,

Dated:  November 3, 2014                         Dated:   November 3, 2014

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                              Federal Defender

 /s/ *Jason Hitt*                                          /s/ *David M. Porter*
JASON HITT                                            DAVID M. PORTER
Assistant U.S. Attorney                             Assistant Federal Defender

Attorney for Plaintiff                                 Attorney for Defendant
UNITED STATES OF AMERICA              JAIME RIOS VIZCARRA

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Vizcarra is entitled to the benefit Amendment 782, which reduces the total offense level from 36 to 34, resulting in an amended guideline range of 151 to 188 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in February 2004 is reduced to a term of 151 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1  Unless otherwise ordered, Mr. Vizcarra shall report to the United States Probation Office
2  within seventy-two hours after his release.
3  IT IS SO ORDERED.
4
5  DATED: November 18, 2014
6
7
8  _____
9  MORRISON C. ENGLAND, JR, CHIEF JUDGE
   UNITED STATES DISTRICT COURT