AO 247 (Rev. 11/17) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:02-cr-00048-MCE-DAD Document 208 Filed 03/18/15 Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 2:02CR00048-001 |
| JAIME RIOS VIZCARRA | ) | |
| | ) | USM No: 13534-097 |
| Date of Original Judgment: 03/09/2004 | ) | |
| Date of Previous Amended Judgment: 11/18/2014 | ) | David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## *SECOND AMENDED ORDER
## REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __188__ months **is reduced to** __151__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __03/09/2004__ shall remain in effect.
**IT IS SO ORDERED**.

DATED: 03/18/2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Effective Date: *11/18/2015
*(if different from order date)*   *Printed name and title*